IN THE
SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

EUGENE KELLEY
180 Meadowsridge Way
Port Angeles, WA  98362

        Plaintiff,

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY (WMATA)
SERVE:  Registered Agent
  C. Burke
  600 5th Street N.W.
  Washington, D.C. 20001

        Defendant.

Civil Action No: 07-1891
Calendar #12
Judge Urbina, J. RMU

**PRAECIPE OF DISMISSAL**

      THE CLERK OF SAID COURT will please enter the appearance of David B. Ginsburg, Esquire.

                    Respectfully submitted,


                    **/s/ David Ginsburg_____**
                    David B. Ginsburg, Esquire
                    D.C. Bar No.:  480808
                    700 Fifth Street, N.W., #300
                    Washington, D.C.  20001
                    dginsburg@jewingfield.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 27th day of December, 2007, a copy of the foregoing Praecipe was served via electronic mail to Nicholas L. Phucas, Esquire, Counsel for Defendant.

<u>**/s/ David Ginsburg**</u>
David B. Ginsburg, Esquire
D.C. Bar No.: 480808
700 Fifth Street, N.W., #300
Washington, D.C. 20001
dginsburg@jewingfield.com