## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EUGENE KELLEY
180 Meadowsridge Way
Port Angeles, WA 98362
      Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 5th St., N.W.
Washington, D.C.  10002

      Defendant.

Case No. 07-1891

## JOINT LOCAL RULE 16.3 STATEMENT

COME NOW, the parties, by and through counsel, and submit the following statement pursuant to Local Rule 16.3.

This case arises from Plaintiff's claim that he sustained personal injury in Washington, D.C. on August 22, 2004, when his vehicle was struck from the rear by a WMATA bus.

1.    Discovery shall be open for one-hundred-twenty (120) days following the initial conference.

2.    Initial Rule 26(a)(1) Disclosures shall be made within thirty (30) days of the initial conference.

3.    Plaintiff's experts shall be disclosed sixty (60) days after the beginning of discovery

4.    Defendant's experts shall be disclosed sixty (30) days thereafter.

5.    Deadline by which additional parties shall be joined or the pleadings amended is sixty (60) days from the beginning of discovery.

6.    The deadline for the filing of dispositive motions shall be thirty (30) days following the close of discovery.

7.    The parties do not request bifurcation of the trial and/or discovery.

8.    The parties do not consent to proceed before a magistrate judge.

9.    The parties do not believe ADR would be beneficial at this time, but will notify the Court if circumstances change.

10.   The settlement conference shall be scheduled for thirty (30) days before the close of discovery.

11.   The pretrial conference shall occur forty-five (45) days after the filing of any dispositive motions.

12.   Trial date shall be set at the pretrial conference.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____/s/_____
Nicholas L. Phucas, Esquire
D.C. Bar No. 475163
Assistant General Counsel
600 5th Street, NW
Washington, DC 20001
202-962-2886
202-962-2550 (fax)
Attorney for Defendant WMATA

J.E. WINGFIELD & ASSOCIATES

_____/s/_____
David B. Ginsburg, Esquire
D.C. Bar No. 422435
700 Fifth Street, N.W.
Suite 300
Washington, D.C.  20001
202-789-8000
202-371-1825 (fax)
Attorney for Plaintiff

3