UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE KELLY,<br>                    Plaintiff,<br><br>          v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br>                    Defendant. | Civil Action No. 07-1891 (RMU/AK) |

## ORDER

The above-captioned case was referred to the undersigned by the Honorable Ricardo M.

Urbina, for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 27th day

of February, 2008, hereby

**ORDERED :**

1.      The lead attorney(s) for the parties shall appear before the undersigned, in

        chambers [ROOM 2333]on June 30, 2008 at 11:00 a.m.  The parties should attend

        the mediation, be available by telephone, or delegate settlement authority to

        counsel.

2.      The parties may submit confidential settlement statements in advance of the

        mediation but such statements are Not Required, and in most cases, they are

        unnecessary.

3.      If any attorney or party is unavailable on the date and at the time set forth above,

        the attorney shall notify the other attorney(s) in the cases as soon as possible to

        arrange a telephone conference call with chambers to select an alternative date and

        time.

4.     If the settlement conference must be rescheduled, the undersigned will require the

attorney with the scheduling conflict to confirm the new date and time in a letter

to the other attorneys and the Court.


_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE