UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE KELLEY

      Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

      Defendant.

Case No. 07-1891

### DEFENDANT WMATA'S CONSENT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES AND TO CONTINUE INTERIM STATUS HEARING AND SETTLEMENT CONFERENCE

Defendant Washington Metropolitan Area Transit Authority ("WMATA"), with the consent of the Plaintiff, respectfully moves this Court to extend scheduling order deadlines in this matter and to continue the Interim Status Hearing and Settlement Conference scheduled herein, and states as follows:

1. This matter arises out of a motor vehicle collision which occurred on August 22, 2004. On that date, a vehicle operated by the Plaintiff was struck from the rear by a WMATA bus.

2. Plaintiff's claim involves complex damages issues. In addition to his allegation that he sustained physical injuries in the aforementioned accident, the Plaintiff also claims psychiatric injuries and the loss of his military career.

3. The parties ability to conduct full discovery and obtain expert opinions is complicated by the fact that the Plaintiff resides in the state of Washington.

Plaintiff's deposition, originally set for March 31, 2008, had to be reset to April 23, 2008.

    4.    Defendant expects to engage up to four (4) experts in this matter.

    5.    Plaintiff is coming to Washington, D.C. for his deposition on April 23, 2008, and counsel for Defendant has been informed that the Plaintiff will be in the area for less than forty eight (48) hours. As such, it is extremely unlikely that the Defendant will be able to arrange to have the Plaintiff see by all of its chosen experts on the same day as the Plaintiff's deposition.

    6.    Under the circumstances, it is likely the Plaintiff will have to return to the area at a later date for discovery purposes and/or evaluations.

    7.    Until the Defendant is able to complete discovery and obtain expert opinions, any settlement conference or status hearing would be of limited or no value.

    8.    There have been no previous extensions in this matter

    9.    Good cause exists to support this motion and the granting of same will not prejudice the Plaintiff.

    10.    Counsel for Plaintiff consents to this motion.

    11.    The proposed order accompanying this motion includes proposed deadlines.

    12.    With regard to the Status Hearing and Settlement Conference, the attorneys for the parties are available for same on August 25, 26, 27 and 28, 2008.

WHEREFORE, for the foregoing reasons, WMATA respectfully request that this motion be granted and that scheduling order dates be extended by sixty (60) days as reflected in the attached Order, and that the Interim Status Hearing and Settlement Conference be continued.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

_____/s/_____
Mark F. Sullivan #430876
Deputy General Counsel

_____/s/_____
Nicholas L. Phucas  #475163
Assistant General Counsel - WMATA
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2886

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April 2008, a copy of the foregoing was electronically transmitted to:

David Brian Ginsburg
Kara Kristie Bennis, Esquire
J.E. Wingfield & Associates
700 Fifth Street, N.W., #300
Washington, D.C.  20001

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Nicholas L. Phucas, #475163

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUGENE KELLEY

      Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

      Defendant.

Case No. 07-1891

## ORDER

Upon consideration of Defendant WMATA's Consent Motion For Extension of Scheduling Order Deadlines and to Continue the Interim Status Hearing and Settlement Conference, and good cause having been shown, it is this _____ day of _____, 2008;

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that the Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Proponent's Rule 26(a)(2)(B) | 6/21/08 |
| Opponent's Rule 26(a)(2)(B) | 7/21/08 |
| Discovery Due | 8/20/08 |
| Deadline for Dispositive Motions | 9/30/08 |
| Oppositions to Dispositive Motions | 10/29/08 |

Replies to Oppositions to Dispositive Motions         11/12/08

_____
Judge Ricardo M. Urbina

Copies to:

Nicholas L. Phucas, Esquire
WMATA
600 Fifth Street, NW
Washington, D.C.  20001

David Brian Gindsburg, Esquire
Kara Kristie Bennis, Esquire
J.E. Wingfield & Associates
700 Fifth Street, N.W., #300
Washington, D.C.  20001