IN THE
SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

EUGENE KELLEY

        Plaintiff,

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY (WMATA)

        Defendant.

Case No: 1: 07-cv-1891

## PRAECIPE

THE CLERK OF SAID COURT will please enter the appearance of Kara Kristie Bennis, Esquire as counsel.

Respectfully submitted,

LAW OFFICES OF
WINGFIELD & GINSBURG, P.C.

/s/Kara Bennis
Kara Kristie Bennis, #480808
700 5th St., NW, Suite 300
Washington, DC  20001
202-789-8000
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, a copy of the foregoing Praecipe was served via electronic filing to:

>Nicholas Phucas, Esquire
>600 Fifth Street NW
>Washington, DC 20001
>Counsel for Defense

/s/Kara Bennis
Kara Bennis, Esquire