UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE KELLEY<br>180 Meadowsridge Way<br>Port Angeles, WA 98362<br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 10002<br><br>      Defendant. | Case No. 07-1891 |

## STIPULATION

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, the parties hereto stipulate as follows:

1. The Defendant shall have until August 11, 2008 to provide Rule 26(a)(2) disclosures regarding experts.

2. That this stipulation does not interfere with any time set for completion of discovery, for hearing of a motion, or for trial.

Respectfully Submitted,

_____/s/_____
Nicholas L. Phucas, #475163
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-2886
(202) 962-2550 (facsimile)
Nlphucas@wmata.com

/s/
Kara Kristie Bennis, #480808
Wingfield & Ginsburg, P.C.
700 5th Street, N.W.
Suite 300
Washington, D.C. 20001
(202)789-8000
(202)371-1825
Kbennis@wgpilaw.com
(Signed copy of document bearing Signature of Kara Bennis is being maintained in the office of Nicholas L. Phucas)

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was electronically served on this 18th day of July 2008, to:

Kara Kristie Bennis, #480808
Wingfield & Ginsburg, P.C.
700 5th Street, N.W.
Suite 300
Washington, D.C. 20001

/s/
Nicholas L. Phucas