UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE KELLEY<br>180 Meadowsridge Way<br>Port Angeles, WA 98362<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 20001<br><br>      Defendant. | Case No. 07-1891(RMU) |

### DEFENDANT WMATA'S 26(a)(2) STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant WMATA respectfully submits the following list of expert witnesses, including areas of expertise, proposed testimony and the bases therefor:

1) Thomas F. Ryan, M.D., 5530 Wisconsin Ave, Suite 1550, Chevy Chase, MD 20815, phone number 301-652-6612.

Dr. Ryan is a medical doctor specializing in orthopaedics and orthopaedic surgery. Based on his examination of the Plaintiff and Plaintiff's medical records, Dr. Ryan will testify regarding the degree of injury, including issues of any permanency, suffered by Plaintiff attributable to the incident mentioned in the Complaint, as well as the necessity of treatment and the reasonableness thereof. More specifically, Dr. Ryan will testify that Plaintiff moved about with ease and displayed no physical restrictions during his examination. Dr. Ryan's careful examination of Plaintiff's head-neck-

shoulder complex revealed absolutely normal forward flexion and extension and, with distraction, full rotation of the cervical spine. Despite reports of tenderness by the Plaintiff, no palpable spasm was detected in the trapezius area. Neurological examination of the upper extremities was within normal limits. Shoulder motion and upper extremity motion was entirely normal. Based on his review of medical records and photographic images of the damage to Plaintiff's automobile, Dr. Ryan will opine that Plaintiff has no substantial injury to his cervical spine. Dr. Ryan will further testify that in the event Plaintiff suffered a cervical muscular and ligamentous strain at the time of the accident, symptoms would persist for a only several weeks, and that therapeutic exercise and muscle relaxant therapy would have been indicated for a period of 3 to 4 weeks. Dr. Ryan will opine that beyond a period of 3 to 4 weeks, there is no physiological orthopedic basis for Plaintiff to continue to have symptoms of neck and upper back pain. Furthermore, Dr. Ryan will opine that Plaintiff's physical examination was inconsistent with significant injury to the cervical spine of any structural nature and that Plaintiff has no residual disability related to the accident.

    Dr. Ryan's rates vary based on task and range from $400-$600, including flat fees for testimony in the amount of $2,800 per ½ day. Dr. Ryan billed $400 for his examination and initial report concerning the Plaintiff. Dr. Ryan's report, Curriculum Vitae and list of the last four years of court testimony are attached hereto in Exhibit 1, pursuant to the Rules of this Court.

    Defendant WMATA anticipates seasonably supplementing this statement Pursuant to Federal Rule of Civil Procedure 26(e), as Defendant WMATA has recently provided Dr. Ryan with a large set of medical records received by subpoena and/or

medical release. However, Dr. Ryan has not had the opportunity to complete his review of those records as a result of his busy surgical schedule.

Respectfully submitted,

_____/s/_____
Nicholas L. Phucas, #475163
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-2886
(202) 962-2550 (facsimile)
Nlphucas@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing, along with attachments was served electronically, via First-Class U.S. Mail and Facsimile this 21st July 2008, to:

Kara Kristie Bennis, #480808
Wingfield & Ginsburg, P.C.
700 5th Street, N.W.
Suite 300
Washington, D.C. 20001

_____/s/_____
Nicholas L. Phucas

# EXHIBIT 1

Case 1:07-cv-01891-RMU    Document 11-2    Filed 07/21/2008    Page 1 of 8



**CHEVY CHASE**
**Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612  Fax: (301) 654-2746

---

Board Certified

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

Specializing in:

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

## INDEPENDENT MEDICAL EVALUATION

**PATIENT NAME:** Eugene Kelley

**REQUESTING PARTY:** NICHOLAS PHUCAS
Washington Metropolitan Area Transit Authority

**IME DATE:** April 24, 2008

Mr. Kelley is a 26-year-old gentleman who states that in August 2004, while sitting in his pick-up truck and seat-belted in place, was struck from the rear by a Metrobus. At that point, he was taken to Howard University Hospital complaining of neck and back pain. After an evaluation at that facility, he was discharged with a diagnosis of neck strain. He subsequently followed up in terms of treatment with the United States Army at Rader Hospital here in Washington D.C. The records that I have indicate that he was treated with physical therapy and limited or restricted duty. He claims that over the course of that entire time, he was never able to eliminate the neck and upper back pain, and at a point approximately a year after the injury, he was discharged from the military with what he claims is a 30 percent disability. The reason for his discharge, he states was simply that he was unable to do his work because of the neck and upper back pain. Since his discharge, he has moved to the state of Washington and has been a student and a part-time worker. He claims that because he had no health insurance, he was unable to obtain a consistent treatment protocol. However, he has had some medications that have been given to him including Vicodin and Percocet to help relieve the pain and he has had a couple of trigger-point injections in and around the cervical spine. Of note is that at the Rader Clinic, he had an MRI scan of the cervical spine which was normal, and at the Howard Hospital he had an x-ray of the area which was also normal. On his presentation today, he states that he continues to have neck and upper back pain. If he stands for a long time, it bothers him. If he sits for a long time it bothers him. Rarely, but occasionally, he will develop a shooting pain toward his elbows. He feels that at sometime during the day, he feels that there is a low level of pain which is persistent continuously.




**CHEVY CHASE**
**Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652- 6612   Fax: (301) 654 – 2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

**Specializing in:**

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

Page two
RE: Eugene Kelley
Re: April 24, 2008

His past history reveals that he has no prior history of neck or upper back dysfunction. He was an infantryman E4 in the military prior to discharge. He currently is in a work/school clerical status and attends Peninsula College in the State of Washington. He is studying information technology.

His physical examination reveals that he is quite alert and oriented and he moves about the office with absolute ease and no restrictions are noted. During the conversation, no restriction whatsoever is noted in the movement of his head or neck, and he moves his arms freely. Careful examination of his head-neck-shoulder complex reveals that he has absolutely normal forward flexion and extension and, with distraction, full rotation of the cervical spine. He complains of some localized tenderness across the trapezius on both sides, but he has absolutely no palpable spasm. Neurological examination conducted in the upper extremities is found to be within normal limits. The shoulder motion and upper extremity motion is entirely normal. Based on my review of the medical records including photographic images of the damage to the automobile, the history of injury, the medical evaluations to date, I find that Mr. Kelley has no substantial structural injury to his cervical spine. I think it is entirely possible that at the time of the rear-end collision, he sustained a cervical muscular and ligamentous strain. Typically in a gentleman of 22 to 23 years of age in good general health, his symptoms of the cervical strain would persist for a period of several weeks. I therefore feel that local treatment in the form hot packs, massage, and therapeutic exercise as well as the possibility of muscle relaxant therapy was indicated for a period of 3 to 4 weeks. Beyond that, however, I must say that I see no reason on a physiological orthopedic basis for Mr. Kelley to continue to have the symptoms that he relates. His physical findings are inconsistent with significant injury to the cervical spine of any structural nature, and I feel that for that reason he has no residual



**CHEVY CHASE**
**Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612　Fax: (301) 654-2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

**Specializing in:**

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

Page three
RE: **Eugene Kelley**
Re: **April 24, 2008**

disability related to this accident. His symptoms are all subjective, may very well be functional but certainly do not represent objective or physiologic or structural abnormality of the _____ spine.

Sincerely,

Thomas F. Ryan, M.D.

TFR0796

TFR/sl/mvl
PMBTS

CURRICULUM VITAE

Name:                Thomas F. Ryan, MD

Office Address:      5530 Wisconsin Avenue
                     Suite #1550
                     Chevy Chase, M.D., 20815

Present Position:    Private Practice Orthopedic Surgery

Education:           B.A. College of the Holy Cross, Worcester, MA
                     1965
                     MD Georgetown University School of Medicine
                     1969

Post Graduate:       General Surgery - Georgetown University, 1969-1970
                     General Surgery - Georgetown University, 1970-1971
                     Orthopedic Surgery - National Naval Medical Center, 1973-1975
                     Orthopedic Surgery - James Lawrence Kernan, Hospital for
                                Crippled Children, Baltimore M.D., 1975-
                                1976
                     Orthopedic Surgery – Reconstructive Surgery of the Hip and
                                Knee, New England Baptist Hospital,
                                Boston, MA. 1976

Honors:              A.O.A. Honor Medical Society
                         Georgetown University, 1965

                     Merck Award at Graduation
                         Georgetown University, 1965

                     Vincennien Medal
                     Georgetown University Teaching Award, 2004

Current Professional:    Instructor, Department of Surgery, and Division of
                         Orthopedic Surgery – Georgetown University
                         Former Co- Director and Orthopedic Surgeon
                         Georgetown University, Sports Medicine Clinic

| | |
|---|---|
| Board Certification: | American Board of Orthopedic Surgery – 1978 |
| Current Licensure: | District of Columbia<br>Maryland |
| Professional Society: | Clinical Orthopedic Society |
| Hospital Affiliations: | Attending – Sibley Hospital<br>Instructor – Georgetown University Hospital<br>Attending - Suburban Hospital |
| Ongoing Publications:<br>And Lectures | Consultant Pfizer Corp. and United States Golf Assn.<br>                      Champions Tour<br>Lecturer- Union Memorial Hospital<br>                      Sports Symposium – 2004<br>Lecturer- Royal College of Surgeons<br>                      Dublin Ireland – 2006<br>Consultant- District of Columbia Coaches Association<br><br>Lecturer- Royal College of Surgeons<br>                      Dublin Ireland - 2007 |

Dr. Thomas F. Ryan
Chevy Chase Orthopaedics P.C
5530 Wisconsin Avenue Suite 1550
Chevy Chase, Maryland 20815
301-652-6612

2005 TRIAL TESTIMONY

District of Columbia Superior Court
Delores McKay v. WMATA
2004-CA-008024B

District of Columbia Superior Court
Clifton Watkins v. Desta Awalachew
2005-CA-003178B

District of Columbia Superior Court
Rachel Mills v. WMATA
2003-CA-002809

2006 TRIAL TESTIMONY

Prince George's County Circuit Court
Arretta Jefferson v. WMATA
CAL-0420418

District of Columbia Superior Court
Dorothy Williams v. WMATA
2005-CA-000229

District of Columbia Superior Court
Pauline Morgan v. Marian Barry
2004-CA-005588B

2007 TRIAL TESTIMONY

District of Columbia Superior Court
Patricia Murphy v. WMATA
2004-CA-008823B

District of Columbia Superior Court
Emerson Sutton v. WMATA
2005-CA-003034B

Prince George County Circuit Court
David Murray v. Air Ride, Inc

CAL-06-18637

Dr. Thomas F. Ryan
Chevy Chase Orthopaedics P.C
5530 Wisconsin Avenue Suite 1550
Chevy Chase, Maryland 20815
301-652-6612


2008 TRIAL TESTIMONY

District of Columbia Superior Court
James Johnston v. Herbert A. Hundley
2007-CA-001778B