UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE KELLEY<br>180 Meadowsridge Way<br>Port Angeles, WA 98362<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.  20001<br><br>      Defendant. | Case No. 07-1891(RMU) |

## DEFENDANT WMATA'S SUPPLEMENTAL 26(a)(2) STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and 26(e), Defendant WMATA respectfully submits the following supplemental list of expert witnesses, including areas of expertise, proposed testimony and the bases therefor:

1)   Thomas F. Ryan, M.D., 5530 Wisconsin Ave, Suite 1550, Chevy Chase, MD 20815, phone number 301-652-6612.

Dr. Ryan is a medical doctor specializing in orthopaedics and orthopaedic surgery.  His opinions stated herein are in addition to his opinions stated in Defendant's previously filed 26(a)(2) Statement and are based on his review of additional medical records, including a large quantity of records of Plaintiff's medical treatment prior to the accident that is the subject of this case, that were not available to him at the time he made his initial opinions.  Based on his examination of the Plaintiff and Plaintiff's medical records, Dr. Ryan will testify regarding the degree of injury, including issues of

any permanency, suffered by Plaintiff attributable to the incident mentioned in the Complaint, as well as the necessity of treatment and the reasonableness thereof. Furthermore, Dr. Ryan will testify concerning Plaintiff's functional capacity as it relates to his prior military employment and will opine concerning the cause of his discharge therefrom. More specifically, Dr. Ryan will testify that the Plaintiff suffered from various physical and emotional problems prior to the accident that is the subject of this litigation, including, but not limited to, knee injuries and pain, headaches, depression symptoms, insomnia, back pain, groin pain, erectile dis-function, heartburn and joint pain. Dr. Ryan will testify that Plaintiff, on at least one occasion prior to the accident that is the subject of this litigation, requested narcotic medication from a physician for leg pain, was refused, and declined alternative treatment. Dr. Ryan will testify that Plaintiff's allegation that he was unable to perform his duties in the military is inconsistent with his ability to hold manual labor positions after leaving the military. Dr. Ryan will testify that the injuries sustained in the subject accident did not cause him to be unable to perform his duties in the military, nor did they limit his ability to perform his duties, other than for a very brief period, and, therefore, could not have caused him to have been discharged from the military. Dr. Ryan will testify that diagnostic tests conducted in 2007 of Plaintiff's neck and back were completely normal, which is consistent with his opinion that the Plaintiff has no objective evidence of injury to his spine, neck or head. Dr. Ryan will testify that if Plaintiff was unable to continue his duties in the military, it was not as a result of injuries sustained in the accident, rather, it was due to various pre-existing problems including, but not limited to, headaches, insomnia, joint pain, back pain, depressive disorders and unnecessary use and abuse

of prescription medications.

Dr. Ryan's rates vary based on task and range from $400-$600, including flat fees for testimony in the amount of $2,800 per ½ day. Dr. Ryan billed $400 for his examination and initial report concerning the Plaintiff and has not yet forwarded an invoice for work related to his supplemental report. This will be provided upon receipt. Dr. Ryan's supplemental report, Curriculum Vitae and list of the last four years of court testimony are attached hereto in Exhibit 1, pursuant to the Rules of this Court.

Respectfully submitted,

_____/s/_____
Nicholas L. Phucas, #475163
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-2886
(202) 962-2550 (facsimile)
Nlphucas@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Supplemental 26(a)(2) Statement, along with attachments was served electronically, via First-Class U.S. Mail and Facsimile this 7th August 2008, to:

Kara Kristie Bennis, #480808
Wingfield & Ginsburg, P.C.
700 5th Street, N.W.
Suite 300
Washington, D.C. 20001

                                                /s/
                                    Nicholas L. Phucas

# EXHIBIT 1

**CHEVY CHASE**
**Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612   Fax: (301) 654-2746

Board Certified

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

Specializing in:

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

July 28, 2008

Mr. Nicholas Phucas
Assistant general counsel
Washington Metropolitan Area Transit Authority
600 5th Street Northwest,
Washington D.C. 20001

Re: Eugene Kelly versus WMATA

Dear Mr. Phucas:

Thank you for forwarding the additional data regarding Mr. Kelly. There were two separate forwardings, one on July 8, 2008, and one on July 22, 2008. The material consisted mainly of Mr. Kelly's depositions of which there were two on separate dates. Also, a number of additional pieces of medical information which gave further history on Mr. Kelly's past, primary of which as a Veterans Administration screening. Also, there were several notes from the Sol Duc Clinic in Forks, Washington, which dated back to the 1990s. In all of this information, it becomes quite obvious to me that Mr. Kelly had suffered from a number of problems prior to the date of the accident in question. He had had knee injuries and knee pain. He had had long-standing headaches, depression symptoms, and heartburn as well as joint pains. He had at least on one occasion requested narcotic medication from a physician for pain in his leg, had been refused, and declined any alternative medication. He had also received medication for insomnia in 2001. He had chronic back pain in November 2000 and had received Percocet from another doctor for groin pain in April 2002. Upon Mr. Kelly's discharge from the army which he claims was brought about by the alleged injuries in the accident, He sought work in various places. Amongst these were heavy manual labor types of jobs, for example Home Depot lumber department. He claims he was unable to drill in the military because of pain related to the accident. Of note is that he actually in 2007 had further x-rays of his neck and back, all of which were perfectly normal. In addition, in August 2005 he was noted to be on a number of drugs, several of which would be used in the treatment of chronic depression.

**CHEVY CHASE Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612   Fax: (301) 654-2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

**Specializing in:**

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

Page two
Re: Eugene Kelly versus WMATA

In summary, we have a gentleman whom I carefully examined and reviewed and found absolutely no objective evidence of injury to his spine, neck, or head. This has been borne out by subsequent x-rays which taken three years after the accident continue to fail to show any significant changes. It is my strong opinion that this gentleman suffers from no physiologic residuals of the injuries in the automobile accident. On the contrary, it is my opinion that he suffered from chronic depressive disorders, multiple problems with headache, insomnia, joint pains, and evidence of previous chronic back pain, all of which were very much more likely to have caused a need for him to discontinue military service than anything which occurred in this particular accident. There is no data to support physiologic injury, and this is based on further review of all of the records that were forwarded to me.

Sincerely,

Thomas F. Ryan, M.D.

TFR/sl/mvl
PMBTS
TFR1902

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE KELLEY<br>180 Meadowsridge Way<br>Port Angeles, WA 98362<br><br>   Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C. 20001<br><br>   Defendant. | Case No. 07-1891(RMU) |

## DEFENDANT WMATA'S 26(a)(2) STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant WMATA respectfully submits the following list of expert witnesses, including areas of expertise, proposed testimony and the bases therefor:

1)   Thomas F. Ryan, M.D., 5530 Wisconsin Ave, Suite 1550, Chevy Chase, MD 20815, phone number 301-652-6612.

Dr. Ryan is a medical doctor specializing in orthopaedics and orthopaedic surgery. Based on his examination of the Plaintiff and Plaintiff's medical records, Dr. Ryan will testify regarding the degree of injury, including issues of any permanency, suffered by Plaintiff attributable to the incident mentioned in the Complaint, as well as the necessity of treatment and the reasonableness thereof. More specifically, Dr. Ryan will testify that Plaintiff moved about with ease and displayed no physical restrictions during his examination. Dr. Ryan's careful examination of Plaintiff's head-neck-

shoulder complex revealed absolutely normal forward flexion and extension and, with distraction, full rotation of the cervical spine. Despite reports of tenderness by the Plaintiff, no palpable spasm was detected in the trapezius area. Neurological examination of the upper extremities was within normal limits. Shoulder motion and upper extremity motion was entirely normal. Based on his review of medical records and photographic images of the damage to Plaintiff's automobile, Dr. Ryan will opine that Plaintiff has no substantial injury to his cervical spine. Dr. Ryan will further testify that in the event Plaintiff suffered a cervical muscular and ligamentous strain at the time of the accident, symptoms would persist for a only several weeks, and that therapeutic exercise and muscle relaxant therapy would have been indicated for a period of 3 to 4 weeks. Dr. Ryan will opine that beyond a period of 3 to 4 weeks, there is no physiological orthopedic basis for Plaintiff to continue to have symptoms of neck and upper back pain. Furthermore, Dr. Ryan will opine that Plaintiff's physical examination was inconsistent with significant injury to the cervical spine of any structural nature and that Plaintiff has no residual disability related to the accident.

Dr. Ryan's rates vary based on task and range from $400-$600, including flat fees for testimony in the amount of $2,800 per ½ day. Dr. Ryan billed $400 for his examination and initial report concerning the Plaintiff. Dr. Ryan's report, Curriculum Vitae and list of the last four years of court testimony are attached hereto in Exhibit 1, pursuant to the Rules of this Court.

Defendant WMATA anticipates seasonably supplementing this statement Pursuant to Federal Rule of Civil Procedure 26(e), as Defendant WMATA has recently provided Dr. Ryan with a large set of medical records received by subpoena and/or

medical release. However, Dr. Ryan has not had the opportunity to complete his review of those records as a result of his busy surgical schedule.

Respectfully submitted,

/s/
Nicholas L. Phucas, #475163
Assistant General Counsel
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-2886
(202) 962-2550 (facsimile)
Nlphucas@wmata.com


### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing, along with attachments was served electronically, via First-Class U.S. Mail and Facsimile this 21st July 2008, to:

Kara Kristie Bennis, #480808
Wingfield & Ginsburg, P.C.
700 5th Street, N.W.
Suite 300
Washington, D.C. 20001

/s/
Nicholas L. Phucas

# EXHIBIT 1



**CHEVY CHASE Orthopaedics**

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612   Fax: (301) 654-2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

**Specializing in:**

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

## INDEPENDENT MEDICAL EVALUATION

**PATIENT NAME:**   Eugene Kelley

**REQUESTING PARTY:**   NICHOLAS PHUCAS
Washington Metropolitan Area
Transit Authority

**IME DATE:**   April 24, 2008

Mr. Kelley is a 26-year-old gentleman who states that in August 2004, while sitting in his pick-up truck and seat-belted in place, was struck from the rear by a Metrobus. At that point, he was taken to Howard University Hospital complaining of neck and back pain. After an evaluation at that facility, he was discharged with a diagnosis of neck strain. He subsequently followed up in terms of treatment with the United States Army at Rader Hospital here in Washington D.C. The records that I have indicate that he was treated with physical therapy and limited or restricted duty. He claims that over the course of that entire time, he was never able to eliminate the neck and upper back pain, and at a point approximately a year after the injury, he was discharged from the military with what he claims is a 30 percent disability. The reason for his discharge, he states was simply that he was unable to do his work because of the neck and upper back pain. Since his discharge, he has moved to the state of Washington and has been a student and a part-time worker. He claims that because he had no health insurance, he was unable to obtain a consistent treatment protocol. However, he has had some medications that have been given to him including Vicodin and Percocet to help relieve the pain and he has had a couple of trigger-point injections in and around the cervical spine. Of note is that at the Rader Clinic, he had an MRI scan of the cervical spine which was normal, and at the Howard Hospital he had an x-ray of the area which was also normal. On his presentation today, he states that he continues to have neck and upper back pain. If he stands for a long time, it bothers him. If he sits for a long time it bothers him. Rarely, but occasionally, he will develop a shooting pain toward his elbows. He feels that at sometime during the day, he feels that there is a low level of pain which is persistent continuously.



**CHEVY CHASE**
Orthopaedics

5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612   Fax: (301) 654-2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

**Specializing in:**

Adult Joint Replacement

Foot and Ankle

General Orthopaedics

Spinal Surgery

Sports Injuries

Trauma Surgery

Page two
RE: Eugene Kelley
Re: April 24, 2008

His past history reveals that he has no prior history of neck or upper back dysfunction. He was an infantryman E4 in the military prior to discharge. He currently is in a work/school clerical status and attends Peninsula College in the State of Washington. He is studying information technology.

His physical examination reveals that he is quite alert and oriented and he moves about the office with absolute ease and no restrictions are noted. During the conversation, no restriction whatsoever is noted in the movement of his head or neck, and he moves his arms freely. Careful examination of his head-neck-shoulder complex reveals that he has absolutely normal forward flexion and extension and, with distraction, full rotation of the cervical spine. He complains of some localized tenderness across the trapezius on both sides, but he has absolutely no palpable spasm. Neurological examination conducted in the upper extremities is found to be within normal limits. The shoulder motion and upper extremity motion is entirely normal. Based on my review of the medical records including photographic images of the damage to the automobile, the history of injury, the medical evaluations to date, I find that Mr. Kelley has no substantial structural injury to his cervical spine. I think it is entirely possible that at the time of the rear-end collision, he sustained a cervical muscular and ligamentous strain. Typically in a gentleman of 22 to 23 years of age in good general health, his symptoms of the cervical strain would persist for a period of several weeks. I therefore feel that local treatment in the form hot packs, massage, and therapeutic exercise as well as the possibility of muscle relaxant therapy was indicated for a period of 3 to 4 weeks. Beyond that, however, I must say that I see no reason on a physiological orthopedic basis for Mr. Kelley to continue to have the symptoms that he relates. His physical findings are inconsistent with significant injury to the cervical spine of any structural nature, and I feel that for that reason he has no residual



5530 Wisconsin Avenue, Suite 1550

Chevy Chase, Maryland 20815

Tel: (301) 652-6612   Fax: (301) 654-2746

**Board Certified**

J. Richard Wells, M.D.

Thomas F. Ryan, M.D.

*Specializing in:*

*Adult Joint Replacement*

*Foot and Ankle*

*General Orthopaedics*

*Spinal Surgery*

*Sports Injuries*

*Trauma Surgery*

Page three
RE: **Eugene Kelley**
Re: **April 24, 2008**

disability related to this accident. His symptoms are all subjective, may very well be functional but certainly do not represent objective or physiologic or structural abnormality of the _____ spine.

Sincerely,

*[signature]*

Thomas F. Ryan, M.D.

TFR0796

TFR/sl/mvl
PMBTS

CURRICULUM VITAE

Name: Thomas F. Ryan, MD

Office Address: 5530 Wisconsin Avenue
Suite #1550
Chevy Chase, M.D., 20815

Present Position: Private Practice Orthopedic Surgery

Education: B.A. College of the Holy Cross, Worcester, MA
1965
MD Georgetown University School of Medicine
1969

Post Graduate: General Surgery - Georgetown University, 1969-1970
General Surgery - Georgetown University, 1970-1971
Orthopedic Surgery - National Naval Medical Center, 1973-1975
Orthopedic Surgery - James Lawrence Kernan, Hospital for
    Crippled Children, Baltimore M.D., 1975-1976
Orthopedic Surgery – Reconstructive Surgery of the Hip and
    Knee, New England Baptist Hospital,
    Boston, MA. 1976

Honors: A.O.A. Honor Medical Society
    Georgetown University, 1965

Merck Award at Graduation
    Georgetown University, 1965

Vincennien Medal
Georgetown University Teaching Award, 2004

Current Professional: Instructor, Department of Surgery, and Division of
Orthopedic Surgery – Georgetown University
Former Co- Director and Orthopedic Surgeon
Georgetown University, Sports Medicine Clinic

| | |
|---|---|
| Board Certification: | American Board of Orthopedic Surgery – 1978 |
| Current Licensure: | District of Columbia<br>Maryland |
| Professional Society: | Clinical Orthopedic Society |
| Hospital Affiliations: | Attending – Sibley Hospital<br>Instructor – Georgetown University Hospital<br>Attending - Suburban Hospital |
| Ongoing Publications:<br>And Lectures | Consultant Pfizer Corp. and United States Golf Assn.<br>                              Champions Tour<br>Lecturer- Union Memorial Hospital<br>                              Sports Symposium – 2004<br>Lecturer- Royal College of Surgeons<br>                              Dublin Ireland – 2006<br>Consultant- District of Columbia Coaches Association<br><br>Lecturer- Royal College of Surgeons<br>                              Dublin Ireland - 2007 |

Dr. Thomas F. Ryan
Chevy Chase Orthopaedics P.C
5530 Wisconsin Avenue Suite 1550
Chevy Chase, Maryland 20815
301-652-6612

## 2005 TRIAL TESTIMONY

District of Columbia Superior Court
Delores McKay v. WMATA
2004-CA-008024B

District of Columbia Superior Court
Clifton Watkins v. Desta Awalachew
2005-CA-003178B

District of Columbia Superior Court
Rachel Mills v. WMATA
2003-CA-002809

## 2006 TRIAL TESTIMONY

Prince George's County Circuit Court
Arretta Jefferson v. WMATA
CAL-0420418

District of Columbia Superior Court
Dorothy Williams v. WMATA
2005-CA-000229

District of Columbia Superior Court
Pauline Morgan v. Marian Barry
2004-CA-005588B

## 2007 TRIAL TESTIMONY

District of Columbia Superior Court
Patricia Murphy v. WMATA
2004-CA-008823B

District of Columbia Superior Court
Emerson Sutton v. WMATA
2005-CA-003034B

Prince George County Circuit Court
David Murray v. Air Ride, Inc

CAL-06-18637

Dr. Thomas F. Ryan
Chevy Chase Orthopaedics P.C
5530 Wisconsin Avenue Suite 1550
Chevy Chase, Maryland 20815
301-652-6612

2008 TRIAL TESTIMONY

District of Columbia Superior Court
James Johnston v. Herbert A. Hundley
2007-CA-001778B